AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
September 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Myrna Gallegos_
DEPUTY

| | |
|---|---|
| United States of America v.<br>Maximiliano Alcala Villegas<br><br>*Defendant(s)* | Case No. **EP-25-MJ-5132-ATB** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 13, 2025** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 111 | **Assaulting, Resisting, or Impeding Certain Officers Where Such Acts Involve Physical Contact** |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Kathy McGlone, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/15/2025

*Judge's signature*

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

**Complaint sworn to telephonically on** September 15, 2025 **at** 01:18 PM **and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

# AFFIDAVIT

On September 13, 2025, at approximately 6:33 a.m. Maximiliano ALCALA Villegas attempted to make entry without inspection into the United States from the Republic of Mexico at the Bridge of the Americas (BOTA) Port of Entry (POE) in El Paso, Texas. Upon apprehension, ALCALA become combative with United States Customs and Border Protection Officer (CBPO) R. Snyder and CBPO A. Terrazas-Gonzalez causing injury to the officers.

CBPO R. Snyder was assigned to north intake with CBPO Terrazas-Gonzalez at the BOTA POE. At approximately 6:33 a.m., CBPOs Snyder and Terrazas-Gonzalez observed a male subject wearing blue jeans and a black shirt, later identified as Maximiliano ALCALA Villegas, running northbound through the closed cargo entry lane. CBPOs Snyder and Terrazas-Gonzalez began a foot pursuit yelling verbal commands to stop running in Spanish. ALCALA reached the locked cargo entry fence and began climbing the fence. CBPOs Snyder and Terrazas-Gonzalez caught up to ALCALA and grabbed his leg as ALCALA was attempting to climb to the top of the fence. ALCALA began kicking in attempt to evade apprehension. CBPOs Snyder and Terrazas-Gonzalez were able to pull ALCALA off the fence onto the ground. CBPO Snyder landed on his right knee and right hand causing pain and bleeding. ALCALA was on his back actively resisting by kicking and struck CBPO Snyder on his left upper arm and left upper leg.  CBPOs Snyder and Terrazas-Gonzalez utilized their body weight to control ALCALA while attempting to get ALCALA in hand restraints. CBPO Terrazas-Gonzalez placed ALCALA in hand restraints and ALCALA attempted to reach for CBPO Terrazas-Gonzalez' gun belt.  CBPO Terrazas-Gonzalez commanded ALCALA to stop reaching for his gun. CBPOs Snyder and Terrazas-Gonzalez called for backup and placed ALCALA in an escort hold.

While waiting for backup, ALCALA informed the CBPOs, in the English language, that is was a U.S. citizen and had forgotten his U.S. passport. CBPO Terrazas-Gonzalez asked ALCALA where he was going. ALCALA stated he was coming from Mexico and going to the U.S.  CBPO R. Garnica and CBPO H. Perez arrived, took custody of ALCALA and escorted him into the CBP building.

Homeland Security Investigations (HSI) Special Agents (SA) Kathy McGlone, SA Samuel Day arrived at the BOTA POE and began an investigation.

At approximately 10:10 a.m., SA McGlone observed cuts on CBPO Snyder's right knee and cuts on three fingers on his right hand. CBPO Snyder showed SA McGlone his left upper arm where he had been kicked by ALCALA, no visible marks were observed. SA McGlone observed cuts on CBPO Terrazas-Gonzalez' right elbow and left knee.

SA McGlone had ALCALA read his Miranda Statement of Rights in the English language at approximately 12:10 a.m., with SA Day as a witness.  ALCALA signed the Miranda Statement of Rights, stating he understood his rights and agreed to speak to agents without the presence of an attorney. SA Day explained the consent to search

form to ALCALA in the English language. ALCALA signed the form and gave agents consent to search his Motorola cellular phone. The interview was video, and audio recorded, and ALCALA provided the following non-verbatim statement.

ALCALA stated he was in the process of obtaining a legal entry document to enter the U.S. but became frustrated with the wait. ALCALA decided he was going to enter the U.S. illegally and return to his family in Illinois. ALCALA stated he arrived at the bridge and attempted to enter the U.S. without inspection by CBP officers. ALCALA stated he didn't kick the officers but admitted he was fighting apprehension by the officers. ALCALA stated he was trying to reach in his pocket for his identification and wasn't trying to reach for the officer's gun. ALCALA admitted he became belligerent while in the holding cell because he wanted to make a phone call.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers. Because this affidavit is being submitted for limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this investigation.

Case Agent    Special Agent Kathy McGlone